```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08827
   JOHN WOLFE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4567

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 05/15/2007 and was not confirmed.

    The case was dismissed without confirmation 07/09/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
GMAC                     UNSECURED           6629.01          .00            .00
RESCAP MORTGAGE          CURRENT MORTG          .00           .00            .00
RESCAP MORTGAGE          MORTGAGE ARRE      12500.00          .00            .00
INTERNAL REVENUE SERVICE UNSECURED           1051.23          .00            .00
WELLGROUP HEALTH PARTNER UNSECURED          NOT FILED         .00            .00
CB USA INC               UNSECURED            599.83          .00            .00
CHASE                    UNSECURED          NOT FILED         .00            .00
FRIEDMAN & WEXLER        UNSECURED          NOT FILED         .00            .00
NICOR GAS                UNSECURED          NOT FILED         .00            .00
INTERNAL REVENUE SERVICE PRIORITY           45724.45          .00            .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     --------------           --------------
TOTALS                    .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08827 JOHN WOLFE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/18/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                                                          PAGE   2
        CASE NO. 07 B 08827 JOHN WOLFE